PROB 12C
(SDIA 03/23)

# UNITED STATES DISTRICT COURT
### FOR THE
## SOUTHERN DISTRICT OF IOWA

### Petition for Warrant for Offender Under Supervision

**Name of Offender:** Sebastian Zapien                                      **Case Number:** 4:13-cr-00127-001

**Name of Sentencing Judicial Officer:** James E. Gritzner, Senior U.S. District Judge

**Date of Original Sentence:** May 21, 2014

**Original Offense:** 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 846 – Conspiracy to Distribute Methamphetamine

**Original Sentence:** 90 months imprisonment; 36 months supervised release

**Date Original Supervision Commenced:** July 13, 2020

**Date Current Supervision Commenced:** April 17, 2023

**All Prior Reports & Actions:** January 10, 2023 - Revoked – Six months imprisonment, 24 months supervised release

### PETITIONING THE COURT

☒    To issue a warrant.

☐    To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| **Violation** | **Nature of Noncompliance** |
|---|---|
| 1. Failure to Report as Directed | a) On April, 17, 2023, Mr. Zapien was released from FCI Lompoc, in California. Mr. Zapien was provided instructions to report to the Dismas Charities Residential Reentry Center (RRC) in Omaha, NE. Mr. Zapien was provided a one-way bus ticket to board Bus 4785, departing at 10:05 PM, April 17, 2023, from Santa Barbara, CA., arriving in Omaha, NE., on Thursday, April 20 at 4:59 AM. Mr. Zapien failed to report as directed. |
| | b) On April 20, 2023, the Probation Office received an email from Zach Hullinger, Director for Dismas Charities which advised that their facility received a call from Mr. Zapien and Mr. Zapien "made it clear he was still in California". Mr. Zapien stated he "didn't understand why he needed to come here and that he is currently still in California". |
| | c) On April 20, 2023, at 3:47 PM, this officer spoke with Mr. Zapien who advised he did not want to come back to Iowa and that he was in San Francisco. Mr. Zapien did not provide any additional details as to his whereabouts. Mr. Zapien stated that he "was not going to drive five hours to get on a bus to come back to Iowa where he has nothing". Mr. Zapien advised he did not have any money and could not get back to Iowa. Thereafter at 4:02 PM, Mr. Zapien left a voicemail |

message for this officer advising he would "try" to make it back to Iowa.  At this time, his whereabouts are unknown.

U.S. Probation Officer Recommendation:

The term of supervision should be

☒   revoked.

☐   extended for … years, for a total term of … years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 21, 2023

by:   *Alan J. Drury*

Alan J. Drury
U.S. Probation Officer

The United States Attorney's Office:

☒   Does not object to the proposed action.

☐   Objects but does not request a formal hearing be set.

☐   Objects and will petition the Court requesting that a formal hearing be set.

Mikaela J. Shotwell
Assistant United States Attorney

Signature

THE COURT ORDERS:

☐   No action.

☒   The issuance of a warrant.

☐   The issuance of a summons so a hearing can be

held on _____

at _____.

JAMES E. GRITZNER, Senior Judge
U.S. DISTRICT COURT

April 21, 2023
Date