AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
8:04 am, Apr 24 2023

United States of America
v.
Sebastian Zapien

Case No. 4:13-cr-00127-JEG-HCA

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Sebastian Zapien,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Supervised Release Violation (ECF 177)

WARRANT ISSUED

JOHN S. COURTER, Clerk

By: _M. Cloth_
DEPUTY CLERK

Date:  04/21/2023

City and state:  Des Moines, Iowa

James E. Gritzner, Senior U.S. District Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 04/4/24, and the person was arrested on *(date)* 05/01/24
at *(city and state)* Tumwater, WA.

Date:  05/01/24

*Arresting officer's signature*

D. Ross DUSM
*Printed name and title*